IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY COLON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-3378 |
| | : | |
| MICHELE FARRELL | : | |
| *CURRAN-FROMHOLD* | : | |
| *CORRECTIONAL FACILITY WARDEN*, | : | |
| et al. | : | |

## **ORDER**

AND NOW, this 18th day of July, 2016, upon consideration of Defendant Michele Farrell's Motion to Dismiss for Failure to State a Claim, to which pro se Plaintiff Jeffrey Colon has not responded to date, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 9) is GRANTED.  Colon's Amended Complaint is DISMISSED without prejudice as to Farrell.

Upon further review of Colon's Amended Complaint and for the reasons stated in the accompanying Memorandum, it is further ORDERED the Amended Complaint is DISMISSED without prejudice as to Defendants K. Bradley, D. Banks, and J. Lawrence pursuant to 28 U.S.C. § 1915(e).

Colon may file a further amended complaint to correct the deficiencies identified in the accompanying Memorandum.  Any further amended complaint shall be filed on or before August 8, 2016.

BY THE COURT:

　/s/ Juan R. Sánchez　
Juan R. Sánchez, J.